CASE NO.: __10-38495-LMI__

☒ ____1st____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Maria Hechevarria               CO-DEBTOR: _____
Last Four Digits of SS# xxx-xx-2070     Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

A. $ 1,719.14 for months 1 to 60 ;
B. $_____ for months _____ to _____ ;
C. $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:   Attorney's Fee   $ 3,750.00 + $500.00 (for Motion to Value)=$4,250.00
                  TOTAL PAID $ 2500.00
                  Balance Due   $ 1,750.00   payable $ 145.84  month (Months  1  to 12 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. CT Select Portfolio Services          Arrearage on Petition Date $15,899.13
Address c/o P. O. Box 65250              Arrears Payment $ 181.65   /month (Months 1  to 12 )
        Salt Lake City, UT 84165         Arrears Payment $ 285.82   /month (Months 13 to 60 )
Acct #0008486961                         Regular Payment $ 1,219.74 /month (Months 1  to 60 )

2. _____                            Arrears Payment $_____
   _____                            Arrears Payment $_____ /month (Months ___ to ___)
   _____                            Regular Payment $_____ /month (Months ___ to ___)
                                         Arrears Payment $_____ /month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Beneficial Acct#7852 Prop Address: 3860 E 9th CT Hialeah, FL 33013 | Homestead Property $143,183.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a _____       Total Due $_____
                        Payable $_____ /month (Months _____ to ___)

Unsecured Creditors: Pay $ 41.67  month (Months  13  to  60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor: [signature]
Date: 12/1/10

Joint Debtor: _____
Date: _____

F-31 (rev. 06/02/08)